IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tammy D. Lindsay, | ) | C/A No. 0:21-14-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Exel Inc., *DHL Supply Chain*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is currently before the assigned United States Magistrate Judge for a service of process status review. Plaintiff Tammy D. Lindsay, who is self-represented, filed her Complaint on January 4, 2021. (ECF No. 1.) On April 12, 2021, the court issued an order authorizing service and directing the Clerk of Court to issue the summons and provide the plaintiff with the issued summons for service of process. (ECF No. 17 at 2.) As directed by the court's order, the Clerk of Court issued summons pursuant to Federal Rule of Civil Procedure 4(b). (ECF No. 18.) The plaintiff was specifically advised in the court's order that, pursuant to Federal Rule of Civil Procedure 4(m), she was responsible for service of process. (ECF No. 17 at 2.) The court also advised the plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), service of process must be effected on the defendant within 90 days. As of the date of this order, more than 90 days have passed since service was authorized and the plaintiff has not filed proof of service with the court as required under Federal Rule of Civil Procedure 4(*l*).

    Accordingly, the plaintiff is granted fourteen (14) days to respond in writing to this Order to provide the court with proof of service of the Complaint upon the defendant in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or show good cause for failure to serve pursuant to Rule

4(m).  Failure to do so may result in a recommendation by the court that this case be dismissed pursuant to Rule 4(m).

    **IT IS SO ORDERED**.

July 20, 2021  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE